UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REYNALDO GARDNER,

                                    Petitioner,

     v.

N. BREITENBACH,

                                    Respondent.

Case No. 3:26-cv-00014-ART-CSD

ORDER GRANTING
MOTION FOR STAY

This habeas action comes before the Court on Petitioner Reynaldo Gardner's motion for a stay, in which he explains that his state habeas proceedings are still pending. (ECF No. 12.) Respondent filed a non-opposition to the motion for a stay. (ECF No. 13.)

To grant a stay, the Court must find that (1) there is good cause to excuse the petitioner's failure to previously exhaust his claims in state court, (2) the unexhausted claims are not plainly meritless, and (3) the petitioner has not engaged in intentionally dilatory litigation tactics. *Rhines v. Weber*, 544 U.S. 269, 277–28 (2005). The Court finds that a stay is appropriate given that (1) Gardner's state habeas proceedings are ongoing, (2) Gardner's premature federal petition amounts to a protective petition, and (3) Gardner has not engaged in intentionally dilatory litigation tactics. *See Pace v. DeGuglielmo*, 544 U.S. 408, 416 (2005) ("A prisoner seeking state postconviction relief m[ay] . . . fil[e] a 'protective' petition in federal court and ask[ ] the federal court to stay and abey the federal proceedings until state remedies are exhausted.").

It is therefore ordered that the motion for stay (ECF No. 12) is granted. Garnder must move to reopen this action within 45 days of the issuance of the remittitur by the Nevada Supreme Court at the conclusion of his state court proceedings.

1

It is further kindly ordered that the Clerk of the Court stay and administratively close this action.

DATED THIS 11th day of May 2026.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2