UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REYNALDO GARDNER,

Petitioner,

v.

N. BREITENBACH,

Respondent.

Case No. 3:26-cv-00014-ART-CSD

ORDER GRANTING MOTION TO REOPEN

Petitioner Reynaldo Gardner initiated this federal habeas action on January 9, 2026. (ECF No. 1.) This Court appointed counsel for Gardner, and Gardner's counsel moved for a stay to allow the Nevada state courts to adjudicate his state habeas petition. (ECF No. 12.) Respondents did not oppose the request for a stay. (ECF No. 13.) This Court granted the motion on May 11, 2026, instructing Gardner to return to federal court with a motion to reopen within 45 days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of his state court proceedings. (ECF No. 14.) Gardner has now moved to reopen this case. (ECF No. 16.)

It is therefore ordered that the motion to reopen (ECF No. 16) is granted. The Clerk of the Court is kindly directed to reopen this matter and lift the stay.

It is further ordered that Gardner has 60 days from entry of this Order within which to file an amended petition and/or seek other appropriate relief. The remainder of this Court's scheduling order (ECF No. 11) remains in effect.

DATED THIS 24th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE